UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

PETER J. MESSITTE
UNITED STATES DISTRICT JUDGE

6500 CHERRYWOOD LANE
GREENBELT, MARYLAND 20770
301-344-0632

## MEMORANDUM

TO:     Counsel of Record

FROM:   Judge Peter J. Messitte

RE:     <u>Independent Order of Foresters v. Antoinette Green Snow, et al.</u>
        No. 24-cv-58

DATE:   December 10, 2024

\* \* \*

Jac E. Knust, Esq., and The Collaborative Law Group, counsel for Defendants Talia Gale, Dalan Snow, and Taylor Snow (the "Snow Children"), have filed a Motion to for Leave to Withdraw as Counsel. ECF No. 28. The Motion states that Knust notified the Snow Children of his decision to withdraw as counsel more than seven (7) days ago, in accordance with Local Rule 101.2(a).

Accordingly, the Court **ORDERS**:

1. The Motion to for Leave to Withdraw as Counsel (ECF No. 28) is **GRANTED**; and
2. Within twenty (20) days of this Order, the Snow Children **SHALL** file a notice on this case's docket indicating whether they intend to retain new counsel or if they will proceed without representation.

The Court strongly encourages the Snow Children to secure new counsel in this case immediately in advance of the settlement conference presently scheduled for January 21, 2025. ECF No. 27. Should they elect to proceed *pro se*, they should be prepared to follow the Federal Rules of Civil Procedure and applicable Local Rules and Orders of the Court throughout the remaining proceedings.

Despite the informal nature of this ruling, it shall constitute an Order of the Court and the Clerk is directed to docket it accordingly and to send copies of this Order to Talia Gale at 5226 Karl Place, NE, Washington, DC 20019, Dalan Snow at 4610 Snow Flower Boulevard, Oxon Hill, MD 20745, and Taylor Snow at 2396 Anvil Lane, Temple Hills, MD 20748.

_/s/ Peter J. Messitte_
———————————————
PETER J. MESSITTE
UNITED STATES DISTRICT JUDGE

Attachment:   ECF No. 27

CC:           Court file
              Counsel of Record